PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

L. JAMALA EDWARDS, OR 010369
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone:  (206) 615-2732
Fax:  (206) 615-2531
jamala.edwards@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY DWAYNE BACA, <br><br>       Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br>       Defendant. | Case No.: 2:23-cv-00803-JDP <br><br> STIPULATION and [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval,  IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Complaint be extended from June 27, 2023, up to and including July 27, 2023.  This is the Defendant's first request for an extension.  Defendant requests this extension to further consider the transcript and issues to determine the appropriate response.  For these reasons,

1

Defendant asks the Court to approve this unopposed motion and extend the deadline to file a response to Plaintiff's Complaint. Plaintiff does not oppose Defendant's request for an extension of time. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 23, 2023  /s/ Joseph C. Fraulob
as authorized on behalf of
Attorney(s) for Plaintiff

Dated: June 23, 2023  PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By: /s/ L. Jamala Edwards
L. Jamala Edwards
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including July 27, 2023, to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:  June 23, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2