PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

L. Jamala Edwards, OR 010369
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2732
E-Mail: Jamala.Edwards@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY DWAYNE BACA,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:23-cv-00803-JDP<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

The parties, acting through their respective counsel, hereby stipulate and agree that the above-captioned case be reversed and remanded. Upon remand, the Appeals Council will instruct an Administrative Law Judge (ALJ) to issue a new decision and instruct the ALJ to re-evaluate the evidence of record. The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

STIPULATION TO REMAND; 2:23-cv-00803-JDP

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Acting Commissioner.

Respectfully submitted this 10th day of July 2023.

Dated:  July 26, 2023            /s/
                                 Joseph C. Fraulob
                                 Attorney for Plaintiff
                                 *Authorized via e-mail on


                                 PHILLIP A. TALBERT
                                 United States Attorney
                                 MATHEW W. PILE
                                 Associate General Counsel
                                 Social Security Administration

                         By:     /s/ *L. Jamala Edwards*
                                 L. Jamala Edwards
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant

## [PROPOSED] ORDER

Based upon the parties' stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Acting Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.  The Clerk of Court is directed to enter judgment in plaintiff's favor.

IT IS SO ORDERED.

Dated:   July 31, 2023                              _____
                                                    JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE